FILED

MAY 13 2016

SUSAN Y. SO[...]
CLERK, U[...]
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  16-mj-70581 EDL |
| Plaintiff, | |
| v. | Charging District's Case No. |
| | 15-mj-4166 MWP |
| LOREN STAR WHITE, | |
| Defendant. | |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Western District of New York

The defendant may need an interpreter for this language: n/a.

The defendant:          ( ) will retain an attorney.

(XX) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:**  Defendant shall be removed to the charging district once he has completed a detox program, which is expected to occur on June 2, 2016.  On June 3, 2016 or as soon as possible thereafter, the United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant.  The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated:  May 13, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge